**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**MARY LEE THORNTON** **CIVIL ACTION**

**VERSUS** **NO. 26-185-SDD-EWD**

**NATIONS LENDING CORP., ET AL.**

***CONSOLIDATED WITH***

**MARY THORNTON** **CIVIL ACTION**

**VERSUS** **NO. 26-308-SDD-EWD**

**LOANCARE, LLC, ET AL.**

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Magistrate Judge Erin Wilder-Doomes dated July 22, 2026, to which no objection was filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS ORDERED** that the Motion(s) for Temporary Restraining Order and Preliminary Injunction,[2] filed by Plaintiff Mary Lee Thornton, are **DENIED** with prejudice.

**IT IS FURTHER ORDERED** that Plaintiff's Request for Expedited Hearing on Emergency Motion for TRO[3] are **DENIED** as this Report and Recommendation has been issued to resolve the Motions without the need for a hearing, which is unnecessary.

---

[1] Rec. Doc. 34.
[2] Rec. Docs. 25, 29.
[3] Rec. Doc. 26.

M. Thornton by regular and by certified mail return receipt requested no. 9589 0710 5270 2540 7322 33

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve this Ruling on Plaintiff Mary Lee Thornton by regular mail and by certified mail, return receipt requested at her address on PACER.

Signed in Baton Rouge, Louisiana, on this 21st day of August, 2026.

Shelly D. Dick

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**