**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **MARY LEE THORNTON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 26-185-SDD-EWD** |
| **NATIONS LENDING CORP., ET AL.** | |

***CONSOLIDATED WITH***

| | |
|---|---|
| **MARY THORNTON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 26-308-SDD-EWD** |
| **LOANCARE, LLC, ET AL.** | |

# RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Magistrate Judge Erin Wilder-Doomes dated July 29, 2026, to which no objection was filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS ORDERED** that the "Motion for Leave to File Second Amended Complaint,"[2] filed by Plaintiff Mary Thorton, is **DENIED WITHOUT PREJUDICE** to Plaintiff filing a comprehensive amended complaint that contains all her claims against each defendant, and that clearly and succinctly states the basis for relief against each defendant, without reference to any other document in the record. Plaintiff is advised that this is her final opportunity to amend her complaint without a showing a good cause and that this

[1] Rec. Doc. 37.
[2] Rec. Doc. 28

M. Thornton by regular mail and by certified mail return receipt requested no. 9589 0710 5270 2540 7322 40

amended complaint will take the place of all previously filed complaints and/or amendments. Plaintiff shall have twenty-one (21) days from this ruling adopting the Report and Recommendation to amend her complaint.

**IT IS FURTHER ORDERED** that that Lakeview and LoanCare's Motion to Dismiss[3] is **TERMINATED WITHOUT PREJUDICE** to reurging once Plaintiff's claims are clarified.

**IT IS FURTHER ORDERED** that the following motions, filed by Plaintiff Mary Lee Thornton, are DENIED for the reasons explained in the Report and Recommendation:[4] "Motion to Dismiss, Motion to Compel Production of Original Note, and Verified Federal Complaint for Damages Under the False Claims Act, Fraud, Deceptive Practices, Extortion, RESPA, FDCPA, RICO, and Other Claims";[5] "Plaintiff's Omnibus Filing: Combined Motions to Decline Magistrate and Separate Defendants; Motion to Void 'Death Pledge'; and Verified Counterclaim for $5,000,000";[6] "Praecipe to the Clerk of Courts (Writ of Instruction to the Clerk of Courts) Regarding Petitioner's Petition to the Court for the issuance of a Writ of habeas Corpus;"[7] "Plaintiff's Omnibus Filing: Motion for Leave to Amend; First Amended Verified Counterclaim; and Proposed Order;"[8] "Motion for Summary Judgment to Void Mortgage";[9] and "Motion to Proceed Sui Juris."[10]

---

[3] Rec. Doc. 94.
[4] Rec. Doc. 37.
[5] Rec. Doc. 3.
[6] Rec. Doc. 7.
[7] Rec. Doc. 8.
[8] Rec. Doc. 9.
[9] Rec. Doc. 11.
[10] Rec. Doc. 27.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve this Ruling on Plaintiff Mary Lee Thornton by regular mail and by certified mail, return receipt requested at her address on PACER.

Signed in Baton Rouge, Louisiana, on this 21st day of August, 2026.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**